IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| THE STEAMSHIP TRADE ASSOCIATION OF BALTIMORE, INC. | * | |
| Plaintiff, | * | Civil Action No. 18-03338-GLR |
| v. | * | |
| INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO, LOCAL 333 | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

Plaintiff, the Steamship Trade Association of Baltimore, Inc. ("STA"), by and through its attorney, Michael J. Collins and the Law Offices of Michael J. Collins PC, and Defendant, International Longshoremen's Association, AFL-CIO, Local 333 ("ILA Local 333"), by and through its attorneys James R. Rosenberg, Brian G. Esders and the law firm of Abato, Rubenstein and Abato, P.A., in accordance with the Court's order of October 31, 2018, hereby jointly submit this status report and respond to the Court's questions as follows:

1. **Whether the parties would like to participate in mediation.**

The parties would not like to participate in mediation.

2. **Whether the parties object to having the case transferred to a U.S. Magistrate Judge for all further proceedings.**

The parties do not wish for the case to be transferred to a U.S. Magistrate Judge for all further proceedings.

3. **The status of the case.**

The parties have scheduled an arbitration to resolve the current disputes, pursuant to the Collective Bargaining Agreement, to be heard to Arbitrator Andrew Strongin on November 20, 2018. Further, at this time, the Complaint has not been formally served on the Defendant, nor has a Waiver of Service, pursuant to Rule 4 of the Federal Rules of Civil Procedure, been requested. As such, it is the position of the parties that there is no due date at this time for the Defendant to file a responsive pleading or otherwise Answer the Complaint.

APPROVED THIS 1st DAY OF Nov. 2018

*George L. Russell*

GEORGE L. RUSSELL, III, U.S.D.J.